DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENTERCOM COMMUNICATIONS CORP.,**
Appellant,

v.

**SMS MARKETINGV, LLC** d/b/a **SPORTS INFORMATION TRADERS,**
Appellee.

No. 4D20-543

[September 17, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE19-007841.

Kimberly Kanoff Berman, Jonathan E. Kanov and Jesse T. Schwartz of Dennehy, Warner, Coleman & Goggin, Fort Lauderdale, for appellant.

Kraig S. Weiss of Silverberg & Weiss, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*